FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER J KILLINGER, individually, | No. 2:22-CV-0012-MKD |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | **ECF No. 63** |
| PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Dismissal of All Claims with Prejudice. ECF No. 63. The parties jointly move to dismiss this matter, with each party bearing its own costs and fees. ECF No. 63 at 1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court grants the motion and dismisses the action with prejudice.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Dismissal of All Claims with Prejudice, **ECF No. 63**, is **GRANTED**.

ORDER OF DISMISSAL - 1

2. This action shall be **DISMISSED with prejudice**, with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

DATED August 25, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2